United States District Court
Southern District of Texas
**ENTERED**
March 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE Gregory D. Hawk, et al., | § § | Civil Action No, 4:15-cv-2266 |
| Debtor, | § | |
| Gregory D. Hawk, | § § | |
| Appellant, | § § | |
| VS. | § § | Adversary No. 14-03191 |
| Res-TX One, LLC, | § § | |
| Appellee. | § | |

## OPINION AND ORDER DISMISSAL WITH PREJUDICE

Pending before the Court in the above referenced bankruptcy appeal is Plaintiff-Appellee Res-TX One, LLC's ("Res-TX's") motion to dismiss appeal with prejudice (instrument #6), filed on September 20, 2016. Appellant/Debtor Gregory D. Hawk ("Hawk") has failed to file a response.

Res-TX states, and the record reflects that on August 6, 2015 Hawk filed his notice of appeal, appealing the United States Bankruptcy Court Southern District of Texas' judgment denying Hawk's discharge under 11 U.S.C. § 7271. The deadline for Hawk to file his appellant's brief was November 1, 2015, now more than fifteen months ago, but he has not filed anything.

Accordingly the Court

ORDERS that Res-TX's motion to dismiss appeal with prejudice is GRANTED.

**SIGNED** at Houston, Texas, this 13th day of March, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE